UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELVIN FIGUEROA MEJIA,

Petitioner,

-against-

CURRENT WARDEN, Orange County Correctional Facility, *et al.*,

Respondents.

**ORDER**

26-CV-05463 (PMH)

PHILIP M. HALPERN, United States District Judge:

Oral argument on the Petition has been scheduled for **December 17, 2026 at 2:30 p.m.** Counsel for all parties shall appear in Courtroom 520 of the White Plains courthouse at that time.

By **December 4, 2026**, the parties shall meet and confer and file a joint letter, limited to ten pages total, advising whether Petitioner currently remains in detention, and setting forth their respective positions concerning the following:

(1) Assuming Petitioner has been detained for six months in post-final order custody, whether the length of detention is no longer "presumptively reasonable" under *Zadvydas* and whether the duration of detention constitutes a violation of Petitioner's due process rights;

(2) Assuming Petitioner has validly raised a due process claim regarding third country removal, whether the *Department of Homeland Security v. D.V.D.* litigation has an impact on this proceeding and if so, to what extent, including whether Petitioner is a member of the class and whether this proceeding should be stayed pending the Supreme Court's decision in that case.

**SO ORDERED:**

Dated: White Plains, New York
November 18, 2026

PHILIP M. HALPERN
United States District Judge